No. 80–5516. Elcan v. United States. C. A. 6th Cir. Certiorari denied.

No. 80–5517. Scott v. United States. C. A. 4th Cir. Certiorari denied.

No. 80–5518. Smith v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–5531. Yost v. Bordenkircher, Warden. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5570. Lyles v. United States. C. A. 4th Cir. Certiorari denied.

No. 80–5577. Wiley v. Kansas. Sup. Ct. Kan. Certiorari denied.

No. 80–5606. Edwards v. Illinois. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 80–5610. Less v. Bordenkircher, Warden. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5612. In re Gambara. Sup. Ct. Ill. Certiorari denied.

No. 80–5622. Hoover v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 80–5623. Pena v. New York. Ct. App. N. Y. Certiorari denied.

No. 80–5624. Watson v. Michael I. Schaffer Co., Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 80–5626. Alexander v. West Virginia Board of Probation and Parole. Sup. Ct. App. W. Va. Certiorari denied.